UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23–cv–00461–MWF–JPR | Date | January 31, 2024 |
| Title | ELENA GARCIA V. TARGET CORPORATION | | |

---

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Not Reported; |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

  In light of the Notice of Settlement filed January 31, 2024 (Docket No. 19), the Court sets a hearing on Order To Show Cause Re Dismissal for April 15, 2024 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

  **IT IS SO ORDERED.**

Initials of Clerk: smom