JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ELENA GARCIA,<br><br>     Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 to 20, INCLUSIVE,<br><br>     Defendants. | CASE NO.: CV 23-461-MWF(JPRx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice (the "Stipulation"), filed on March 5, 2024.  (Docket No. 21).  For good cause shown, this action and all claims herein against Target Corporation are DISMISSED with prejudice, and the parties shall bear their own respective attorneys' fees and costs.  The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties.

**IT IS SO ORDERED.**

Dated: March 5, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge